# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUDOLF SHTEYNBERG,<br><br>　　　　　　　　　　Plaintiff,<br><br>v.<br><br>SAN DIEGO COUNTY JAIL SHERIFF'S DEPARTMENT MEDICAL TEAM,<br><br>　　　　　　　　　　Defendants. | Case No.: 17-CV-1098 JLS (KSC)<br><br>**ORDER DISMISSING CASE** |

On June 12, 2018, this Court screened Plaintiff's complaint and determined the complaint did not contain a short and plain statement of the claim showing that Plaintiff is entitled to relief. (ECF No. 67.) The Court granted Plaintiff leave to file an amended complaint which more concisely describes the allegations against the Defendants. The Court specified that Plaintiff may file an amended complaint within thirty (30) days from that date on which this Order is electronically docketed and noted that "*Should Plaintiff fail to file an amended complaint within the time provided, the Court may enter a final order dismissing this civil action with prejudice.*" (*Id.* at 6.)

On July 13, 2018, Plaintiff had not filed an amended complaint, so the Court ordered Plaintiff to show cause why the case should not be dismissed. (ECF No. 68.) The Court ordered Plaintiff to respond or file an amended complaint on or before August 17, 2018.

Plaintiff has not done so. "The failure of the plaintiff eventually to respond to the court's ultimatum—either by amending the complaint or by indicating to the court that [he] will not do so—is properly met with the sanction of a Rule 41(b) dismissal." *Edwards v. Marin Park*, 356 F.3d 1058, 1065 (9th Cir. 2004). Accordingly, this case is **DISMISSED WITHOUT PREJUDICE**. The Clerk of Court **SHALL** close the file.

    **IT IS SO ORDERED.**

Dated: August 20, 2018

Hon. Janis L. Sammartino
United States District Judge